187792

**B1 (Official Form 1) (4/10)**

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>MANCHANDA, RAHUL, DEV | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>MANCHANDA LAW OFFICES PLLC | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>8453 & 20-5312761 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>95 WALL STREET, APT 607<br>NEW YORK, NY      ZIP CODE 10005 | Street Address of Joint Debtor (No. and Street, City, and State):<br>11-14666      ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>NEW YORK | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>Judge Bernstein      ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>80 WALL STREET, SUITE 705, NEW YORK, NY      ZIP CODE 10005 | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other<br>LAW FIRM | ☒ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                            Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.) | **Nature of Debts**<br>(Check one box.) |
| | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose."      ☒ Debts are primarily<br>business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment<br>on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | 2011 OCT 21 |

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,000<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

U.S. BANKRUPTCY FILED

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): MANCHANDA, RAHUL, DEV & MANCHANDA *(N) OFFICE PLL* |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: *NA* | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: *NA* | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: *NA* | Case Number: | Date Filed: |
|---|---|---|
| District: *NA* | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

*NA*

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) *RPA*

EVICTION PROCEEDINGS ARE PENDING    OTTO KEURMY
FOR OFFICE & SOON TO BE HOME.    (Name of landlord that obtained judgment)

80 WALL ST, NYC 10005
(Address of landlord)

☒ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): <br> MANCHANDA , RAHUL, DG~ |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _Rahul D. M~_____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br> _(646)645-0993_ <br> Telephone Number (if not represented by attorney) <br> _10/3/2011_ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _____ <br> Signature of Attorney for Debtor(s) <br><br> _____ <br> Printed Name of Attorney for Debtor(s) <br><br> _____ <br> Firm Name <br><br> _____ <br> Address <br><br> _____ <br> Telephone Number <br><br> _____ <br> Date <br><br> \*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br> X _____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _Rahul n_____ <br> Signature of Authorized Individual <br> _RAHUL MANCHANDA_ <br> Printed Name of Authorized Individual <br> _PRINCIPAL ATTORNEY_ <br> Title of Authorized Individual <br> _10/3/2011_ <br> Date | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

In re _MARCHAND, RAHUL, D_____,  Case No. _____
                     Debtor                                                    *(If known)*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
*(Check one box)*
- ☐ 11 U.S.C. § 522(b)(2)
- ☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION | |
|---|---|---|---|---|
| HOUSEHOLD FURNISHING, GOODS, WEARING APPAREL, APPLIANCES, BOOKS FOR PERSONAL/FAMILY/ HOUSEHOLD USE (CLOTHING, TV, FURNITURE, APPLIANCES, RADIO, | 11 USC §522 (b)(2)(3) | LESS THAN ALLOWED | UNKNOWN | |
| JEWELRY FOR PERSONAL/FAMILY HOUSEHOLD USE | 11 USC §522 (b)(2)(4) | VCR, LINEN, CHINA, CROCKERY, LESS THAN ALLOWED | KITCHENWAR, EDUCATIONS, UNKNOWN | WATH, MEDICN SUPP?, PLANTING, PERSONAL EFFECTS, |
| PROPERTY | 11 USC §522(b)(2)(5) | LESS THAN ALLOWED | UNKNOWN | |
| IMPLEMENTS, BOOKS, PROFESSIONAL BOOKS, TOOLS, OF TRADE | 11 USC §522(b)(2)(1) | LESS THAN ALLOWED | UNKNOWN | |
| UNMATURED LIFE INSURANCE POLICY | 11 USC §522(b)(2)(7) | LESS THAN ALLOWED | UNKNOWN | |
| LOCAL PUBLIC ASSISTANCE, ALIMONY/SUPPORT, PAYMENT UNDER STOCK, ANNUITY, 401K, | 11 USC §522 (b)(2)(10) | LESS THAN ALLOWED | UNKNOWN | |

* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

# UNITED STATES BANKRUPTCY COURT

In re _MANCHANDA, RAHUL, DEV_ ,
Debtor

Case No. _____

Chapter _____7_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| ~~IRS~~ | See Attached | | | |
| ~~OTTO HALLACH~~ | | | | |

Date: __10/2/2011__

_MANCHANDA, RAHUL, DEV_
Debtor

*[Declaration as in Form 2]*

AdvanceMe Corporation
2015 Vaugn road
Suite 500
Kenensaw, GA 30144
Tel: (770) 590-9822
Loan
$100,000 plus

IRS
Washington DC
Taxes
$300,000 plus

NYS Taxation
New York State
Albany, NY
Taxes
$50,000 plus

NYC Taxation
New York City
Taxes
$30,000 plus

Moinian Group
Dwell Building
95 Wall Street
New York, NY 10005
Tel: (212) 742-9595
Rent
$15,000 plus

Lois Katz Public Relations LLC
148 Panther Valley Court
Princeton, NJ 07733
Tel: (609) 936-0014
c/o Law Offices of Rosemary Arnold
1386 Palisades Avenue
Fort Lee, NJ 07024
Tel; (201) 461-1111
$15,000

Precise Continental Corp
1 Cape May Street
Harrison, NY 07029

(973) 330-0330

Global Securities Group
c/o David Katz
Global Security Group
The Sports Plaza Building
421 Seventh Avenue, Suite 500
New York, NY 10001
Office: 212-285-2400
Fax: 212-285-2450
Contract Dispute
$16,367

Otto Gerdau Company
80 Wall Street
New York, NY 10005
(212) 422-3490
$54,000 plus

Mercedes Benz Finance
Mercedes-Benz Financial Services
P.O. Box 685
Roanoke, TX 76262
$3000

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Date  _10/3/2011_

Signature  _Rahul D. M____

_RAHUL MANCHANDA, PRINCIPAL ATTNY_
_____
(Print Name and Title)

**Manchanda Law Offices PLLC**
**80 Wall Street**
**Suite 705**
**New York, New York 10005**

NYS Unemployment          Contract Dispute    N/A
Insurance Appeal Board
PO Box 15126
Albany, NY 12212-5126
(518) 402-0205


Con Edcoop NY, INC.          Contract Dispute    $1790.20
C/O M Lm recovery
Services, LLC
145 Huguenot St, Ste 204
New Rochelle, NY 10801
(914) 654-3000


Citi Bank (South Dakota) NA  Contract Dispute    $ 3,279.81
Staples commercial
Staples credit plan
PO Box 689020
Des moines, IA 50368-9020
C/O LTD financial Services
7322 South West Freeway
Suite 1600
Houston TX 77074
(713) 773-3100


GaaGu Saini (Richard)   Contract Dispute    alleges
1090 West Brae village Dr.?                  $2500
Houston TX 77031
(701) 610-6128

PRS
Ba
Hollsville, NY 11742-0480                                    ?

NYS ~~Treasury~~ Dept of taxation & finance
Division of treasury
Po Box 22119                                                ?
Albany, NY 12201


Cassidy Turley A/A/F
Otto Gerdau        c/o Bramyulen          475/psc.76
40 E. 52nd St.        Fainer Carroll          secured
N, NY 10022          + Berto Loffi LLP        to lease
                      250 Parr Ave            contract/
~~Brooklyn co Driv~~  N, NY 10177             disputes.
                      (212)907-9600
Advance me




Elaine Hunter          Contract pnpase
1896 Pitbn St, Apt. 1R                                      ?
Brooklyn, NY 11233

Demis obado

Lexis                                    $ 4975.61

Fedex                                    $ 3530.13

Inara MK
21215 Buskbank Blvd
Ste 1000
Woodland hills, CA 91367

Apex

Bloomberg
c/o Vengroff williamsfAssociates, inc.
PoBox 4155
Sarasota Fl 34230-4155
(800)617 1263x 2271
Verizon
c/o Pencrest Corp
9165 14th St
(PoBox 987
Harrisburg PA 17108
(800) 900-1386

Tamara Rivera Lugo     Contract Dispute $18,200
34 Van Houde, St
Apt 2 17
Patterson, NJ 07505
(862) 250-0967

Lisa uddin     Contract Dispute    alleged.   $7,000
25 South Cole 4 St.
Bethpage, NY 11714
(646) 289.2387

Ernesto marthor     Contract Dispute   $21,248.81
1141-59 2 St Apt 2R
Brooklyn, NY 11219
(917) 907-4146

Alan Lapierre     Contract Dispute   alleged   $9,970
C/o Matthew Sparrowell, ESQ.
40 Exchange place, 18 2 M
NY, NY 10005
(212) 478-9570

Cheikh Gueye     Contract Dispute   $4227
655 Par St Apt #3C
Bronx, NY 10455

Capital Minds, Inc.,     Contract Dispute   $2,806.48
540 Chauncey St, Ste 4

Travellers Insurance      Contract Dispute #653.41
PO Box 26385
Richmond, VA 23260-6385
(212)406-4004


Los Gatz public relations LLC    Contract Dispute    alleged.
148 PANTHER Valley CT                                #14,250.0
~~falcon agreement~~ Holmdel, NJ 07733
~~PRINCETON JUNCTION, NJ~~
(609) 936 0014
C/O LAW OFFICES OF
Rose Marie Arnold
1386 Palisade Ave.
Fort Lee, NJ 07024
(201) 461-1111


Precise Continental      Contract Dispute #754.49
One Cape May ST
Harrison, NJ 07029
(973) 350-0330


Global Securities Group  Contract Dispute    alleged
                                             #16,365.40


Barttho panin branath.      Contract Dispute #653.41

Magda M. Abdel Ralen    contract dispute    $1/10.00    Answer

+ Ahmed Badsyoum
349 Maple Avenue
Oradell, NJ 07649
(201) 280-6154

Sandra Sadowski

Khalid Mohammed        contract dispute    $17,000
222 Whitte Cedar Rd.
Barbour Sville, VA 22923
KSM4M@virginia.edu

Nazrul Islam            contract dispute    $5,000
97-40 78th St
Ozone Park, NY 11416
(917) 209-3811

Manamarri              contract dispute    $0

Matteo Conventino          Contract Dispute $8,791.69

Nadia Amele               Contract Dispute $1507.50
25-52 37th St
Apt # 2
Astoria, NY 11103
(646) 578-0560

Milanco Ivanov            Contract Dispute    alleged
247 W. Pine Ave                               $10,000
Wildwood, NJ 08260
(609) 972-1753

Mohammed Saleem           Contract Dispute    $3150

Magdalena Turgit  Contract Dispute  $5000
Gavrit Thagu

Clyde Mitchell, Esq.
100 Wall Street
New York, NY
$2,000 plus

Adams Me Corporation
2015 Vaughn Road Suite 500
Kennesaw, GA 30144
Tel: (770) 590-9822
Loan
$ < 100,000

IRS
Washington DC
Taxes
$ 300,000 plus

NYS Taxation
NYS
Taxes
$ 60,000 plus

NYC Taxation
NYC
$ 30,000 plus

Moinian Group
Dowell Building
95 Wall Street
New York, NY 10005
(212) 742.9585
$15,000 Rent

Lois Katz Public Relations Inc
Princeton, NJ
$ 40,000

Global Security Service
David Katz
New York City, NY
$ 20,000

Athey Bone
$ 5,000 plus

Broadview Networks - NYC
1-800-BROADVIEW
$ 2000

Mercedes Benz Finance
Dallas Texas
$ 3000

Time Warner Cable
NYC
(212) 358-0900
$ 1000

B1 (Official Form 1) (4/10)

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): MANCHANDA, RAHUL, DEV & MANCHANDA LAW OFFICES PLLC |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: *NA* | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: *NA* | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: *NA* | Case Number: | Date Filed: |
|---|---|---|
| District: *NA* | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  *NA* | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) *(RE)*

*EVICTION PROCEEDINGS ARE PENDING* OTTO KAUFMAN
*FOR OFFICE & SOON TO BE HOME.* _____
(Name of landlord that obtained judgment)

80 WALL ST, NYC 10005
_____
(Address of landlord)

☒ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>MARCHANA, RAHUL, DEV |
|---|---|

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Rahul D. M_____
Signature of Debtor

X _____
Signature of Joint Debtor

(646)645-0993
Telephone Number (if not represented by attorney)

10/3/2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Rahul M_____
Signature of Authorized Individual

RAHUL MARCHANA
Printed Name of Authorized Individual

PRINCIPAL ATTORNEY
Title of Authorized Individual

10/3/2011
Date

B 6C (Official Form 6C) (04/10)

In re _MANCHANDA, RAHUL, D_ ,
    Debtor

Case No. _____
    *(If known)*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
*(Check one box)*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| HOUSEHOLD FURNISHING, GOODS, WEARING APPAREL, APPLIANCES, BOOKS, FOR PERSONAL/FAMILY/ HOUSEHOLD USE (CLOTHING, TV, | 11 USC §522 (b)(2)(3) | LESS THAN ALLOWED | UNKNOWN |
| JEWELRY FOR PERSONAL/FAMILY HOUSEHOLD USE | 11 USC §522 (b)(2)(4) | LESS THAN ALLOWED | UNKNOWN |
| PROPERTY | 11 USC §522(b)(2)(5) | LESS THAN ALLOWED | UNKNOWN |
| IMPLEMENTS, BOOKS, PROFESSIONAL BOOKS, TOOLS, OF TRADE | 11 USC §522(b)(2)(6) | LESS THAN ALLOWED | UNKNOWN |
| UNMATURED LIFE INSURANCE POLICY | 11 USC §522(b)(2)(7) | LESS THAN ALLOWED | UNKNOWN |
| LOCAL PUBLIC ASSISTANCE, ALIMONY/SUPPORT, PAYMENT UNDER STOCK, ANNUITY, 401K, | 11 USC §522(b)(2)(10) | LESS THAN ALLOWED | UNKNOWN |

\* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re _MANCHANDA, RAHUL, DEV_ ,
               Debtor

Case No. _____

Chapter _____7_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ~~HES~~ | | See Attached | | |
| ~~OTTO ALLANT~~ | | | | |

Date: _10/2/2011_

_MANCHANDA, RAHUL, DEV_
            Debtor

*[Declaration as in Form 2]*

AdvanceMe Corporation
2015 Vaugn road
Suite 500
Kenensaw, GA 30144
Tel: (770) 590-9822
Loan
$100,000 plus

IRS
Washington DC
Taxes
$300,000 plus

NYS Taxation
New York State
Albany, NY
Taxes
$50,000 plus

NYC Taxation
New York City
Taxes
$30,000 plus

Moinian Group
Dwell Building
95 Wall Street
New York, NY 10005
Tel: (212) 742-9595
Rent
$15,000 plus

Lois Katz Public Relations LLC
148 Panther Valley Court
Princeton, NJ 07733
Tel: (609) 936-0014
c/o Law Offices of Rosemary Arnold
1386 Palisades Avenue
Fort Lee, NJ 07024
Tel; (201) 461-1111
$15,000

Precise Continental Corp
1 Cape May Street
Harrison, NY 07029

(973) 330-0330

Global Securities Group
c/o David Katz
Global Security Group
The Sports Plaza Building
421 Seventh Avenue, Suite 500
New York, NY 10001
Office: 212-285-2400
Fax: 212-285-2450
Contract Dispute
$16,367

Otto Gerdau Company
80 Wall Street
New York, NY 10005
(212) 422-3490
$54,000 plus

Mercedes Benz Finance
Mercedes-Benz Financial Services
P.O. Box 685
Roanoke, TX 76262
$3000

NY S Unemployment          Contract Dispute     N/A
Insurance Appeal Board
PO Box 15126
Albany, NY 12212-5126
(518) 402-0205


Con Ed Coop NY, INC.          Contract Dispute      8/790.20
C/O MLM recovery
Services, LLC
145 Huguenot St, ste 204
New Rochelle, NY 10801
(917) 654-3000


Citi Bank (South Dakota) NA   Contract Dispute      $ 3,279.81
Staples commercial
Staples credit plan
PO Box 689020
Des moines, IA 50368-9020
C/O LTD Financial Services
7222 South West Freeway
Site 1600
Houston tx 77074
(713) 773-3100


GaaGu Sairi (Rithron)   Contract Dispute   alleges
1090 West Brae Village Dr. ?                 #2500
Houston tx 77031
(713) 610-6128

| | |
|---|---|
| Lexis | $ 4475.61 |
| | |
| Fedex | $ 3030.13 |
| | |

Inara ANK
21215 BurBanx BLVD
Ste 1000
Woodland hills, CA 91362

Amex

Bloomberg.
c/o Vengroff Williams Associates, inc.
Po Box 4155
Sarasota, Fl 34230-4155
C 800)617 1263 x 2271
Verizon
c/o Pencrest Corp
9/65 14R35
Po Box 987
Harrisburg, PA 17108
(800) 900-1386